# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br><br> **HAYDEE FRANQUI SANCHEZ** <br><br> Debtor | **CASE NO. 16-04733 (EAG)** <br><br> **CHAPTER 7** |

## MOTION TO WITHDRAW PROOF OF CLAIM NO. 1

**TO THE HONORABLE COURT:**

COMES NOW creditor, BUFETE RADINSON & RADINSON, through its undersigned counsel and very respectfully states and prays:

1. On June 14, 2016, Debtor filed the captioned bankruptcy petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. The appearing party filed Proof of Claim No. 1.

3. Yesterday, a third party made a payment on behalf of the Debtor, which the appearing party accepted as a discounted payoff of the amount owed.

4. As such, the appearing party hereby moves to withdraw the Proof of Claim No. 1, and prays that the evidentiary hearing currently scheduled for April 3, 2021 be vacated.

**WHEREFORE**, the appearing party respectfully requests that the Court enters an order granting this motion.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I

*In re: Haydee Franqui Sanchez*
*Withdrawal of Proof of Claim* Page 2
==========================================================================

electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and to all CM/ECF participants.

San Juan, Puerto Rico, this 14th day of April, 2021.

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
Fax (787) 483-6048
E-Mail: alex@fuentes-law.com