

SOLICITADO POR : LCDO. MIGUEL A. MONTALVO DELGADO

NOMBRE DEL CASO : SUCN. MONSEGUR

### INFORME DE EMBARGO

NOTA

**FINCA:** # 7497 de San Germán, Registro de San Germán

**DESCRIPCIÓN:**

**RÚSTICA:** Parcela de terreno en el Barrio Guamá del término municipal de San Germán, de un área superficial de 3930.3956 metros cuadrados, equivalentes a 1 cuerda, o sea 39 áreas 30 centiáreas y 40 miliáreas, en colindancias: por el **NORTE**, con terrenos de la parcela que en el plano de inscripción se describe bajo la letra "A"; por el **SUR**, con terrenos hoy de Antonio Rivera y en parte con la parcela de terreno dedicada a uso público y que se identifica en el plano de inscripción bajo la letra "C"; por el **ESTE**, con la parcela de terreno dedicada a uso público y que se identifica en el plano de inscripción bajo la letra "D"; y por el **OESTE,** con terrenos de la finca principal propiedad de Francisco Rivera Irizarry.

**FINCA:** # 7581 de San Germán, Registro de San Germán

**DESCRIPCIÓN:**

**RÚSTICA:** Predio de terreno de dos porciones separadas denominadas Uno y Dos, las cuales suman 1.14454 cuerdas, equivalentes a 4501.7894 metros cuadrados, describiéndose cada predio de la siguiente manera: Solar radicado en el Barrio Guamá del término municipal de San Germán, Puerto Rico, con cabida de 1437.5111 metros cuadrados, equivalentes a 0.3658 cuerdas. Colinda por el **NORTE**, en 28.172 metros, con terrenos propiedad de Francisco Rivera; por el **SUR**, en 26.992 metros, con la Carretera Estatal Número 2; por el **ESTE**, en 43.81 metros, con el solar "A" segregado y en 6.374 metros, con el solar "B" de uso público; y por el **OESTE,** en 55.275 metros, con terrenos propiedad de Clotilde Porrata. Este es el remanente de la porción uno (1). Solar radicado en el Barrio Guamá de San Germán, Puerto Rico, con una cabida de 3064.2783 metros cuadrados, equivalentes a 0.7796 cuerdas. En lindes por el **NORTE,** en 149.416 metros, con terrenos propiedad de Francisco Rivera; por el **SUR,** en cuatro alineaciones continuas que suman 147.079 metros, con la Carretera Estatal Número 2; por el **OESTE,** en 33.13 metros, con el solar "A" segregado y en 6.237 metros, con el solar "B" de uso público; y por el **ESTE,** en un punto con la Carretera Estatal número 2. Luego de dicha descripción y cabida de esta finca se han segregado por expropiación cinco solares o parcelas a favor de la Autoridad de Carretera y Transportación de Puerto Rico, sin que se exprese de cuáles de los dos predios se segregan y sin que se haya descrito el nuevo remanente de la misma.

**FINCA:** # 6758 de Sabana Grande, Registro de San Germán

**DESCRIPCIÓN:**

**RÚSTICA:** Porción de terreno en el Barrio Rincón del término municipal de Sabana Grande, de una cabida de 52 cuerdas, equivalentes a 20 hectáreas, 43 áreas, 80 centiáreas y 28 miliáreas, colindante por el **NORTE**, con finca principal; por el **SUR**, con Río Guanajibo; por el **ESTE**, con camino vecinal; y por el **OESTE,** con el Río Guanajibo. Esta finca se usará para fines agrícolas.
**FINCA:** # 8554 de Sabana Grande, Registro de San Germán

**DESCRIPCIÓN:**

**RÚSTICA:** Porción de terreno sita en el Barrio Rincón del término municipal de Sabana Grande, con una cabida superficial de 133.24 cuerdas, equivalentes a 52 hectáreas, 36 áreas, 85 centiáreas y 16 miliáreas, en lindes por el **NORTE**, con la Carretera 364, Donald Busigó, separados en parte con una quebrada, terrenos de Vidal Caraballo y de Víctor M. Martínez; por el **SUR**, con terrenos de Delfín Rodríguez, la parcela "A" propiedad de Pedro Juan Feliciano y la parcela "B" propiedad de Enrique Rodríguez Alicea y con Herádides Morales Caraballo; por el **ESTE**, con terrenos de la

CONTINÚA…

" ESTE DOCUMENTO NO ES UN COMPROMISO PARA ASEGURAR, NI UNA PÓLIZA DE SEGURO DE TÍTULO, POR LO CUAL NO OFRECE SEGURIDAD ALGUNA. PARA OBTENER PROTECCIÓN, DEBE REQUERIR UNA PÓLIZA DE SEGURO DE TÍTULO CON UNA COMPAÑÍA ESPECIALIZADA EN DICHOS SERVICIOS"

NOTA

" ESTE DOCUMENTO NO ES UN COMPROMISO PARA ASEGURAR, NI UNA PÓLIZA DE SEGURO DE TÍTULO, POR LO CUAL NO OFRECE SEGURIDAD ALGUNA. PARA OBTENER PROTECCIÓN, DEBE REQUERIR UNA PÓLIZA DE SEGURO DE TÍTULO CON UNA COMPAÑÍA ESPECIALIZADA EN DICHOS SERVICIOS"

**CONTINUACIÓN**
**PÁGINA # 2**

con terrenos de la Puerto Rico Reconstruction Administration, un camino y terrenos de Miguel A. Rivera; y por el **OESTE,** con terrenos de Flora García, de José Irizarry, de Micaela Almodóvar y José Angel Busigó.

**DOCUMENTO PRESENTADO PARA LAS FINCAS 7497 Y 7581 DE SAN GERMÁN, FINCA 6758 Y 8554 DE SABANA GRANDE:**

Al Asiento 1261 del Diario 798 se presentó el día 29 de junio del 2015, copia certificada de Mandamiento de Aseguramiento de Sentencia mediante Embargo de Bienes Inmuebles, emitida el día 18 de junio del 2015, por el Tribunal General de Justicia, Tribunal de Primera Instancia, Sala de Mayaguez, en el caso civil # ISCI2004-01931 sobre Partición de Herencia, seguido por *Manuel Monsegur Roche y otros, demandantes vs Haydee Franqui Sánchez y otros, demandados*, mediante la cual se ordena anotar el embargo de bienes suficientes en aseguramiento de la Sentencia dictada por el Tribunal el día 15 de agosto del 2013, notificada el día 23 de agosto del 2013, sobre las propiedades antes indicadas, a favor de los demandantes. Para efectos del embargo en el Registro de la Propiedad, se valoran los inmuebles como sigue: Finca 7497 de San Germán en la suma de $180,000.00, Finca 7581 de San Germán en la suma de $130,000.00, Finca 6758 de Sabana Grande en la suma de $110,000.00 y Finca 8554 de Sabana Grande en la suma de $160,000.00.
*Complementarios: Notificación de Sentencia en el caso civil # ISCI200401931, ISRF200500492 e ISRF200700697 del 22 de agosto del 2013, por el Tribunal antes mencionado, Sentencia y Resolución dictada el día 15 de agosto del 2013 por el mismo Tribunal y en igual caso, y Certificación y Resolución emitidas los días 5 de octubre del 2011 y 14 de abril del 2005 por el Tribunal de Primera Instancia, Sala de Mayaguez, en el caso civil # ISRF200500492 sobre Autorización Judicial.*

**DOCUMENTO PRESENTADO PARA LA FINCA 8554 DE SABANA GRANDE:**

Al Asiento 2020-083160-SG01, se presentó el día 27 de octubre del 2020, Solicitud de Cancelación de Embargos por Anotación de Sentencia, suscrito el día 26 de octubre del 2020 por Haydee Franqui Sánchez ante el notario Samuel Figueroa González, bajo la affidavit # 3900, mediante la cual se solicita al Registrador de la Propiedad la cancelación de los siguientes embargos: Embargo a favor del Departamento del Trabajo y Recursos Humanos por la suma de $25,000.00 por concepto de contribución de desempleo e incapacidad, anotado en la finca 8554 de Sabana Grande, inscripción 5ª; y Embargo en Aseguramiento de Sentencia presentado al Asiento 1261 del Diario 798, antes relacionado, por haber transcurrido más del término de caducidad, dispuesto por Ley para la cancelación de los mismos, liberando así la propiedad de dichos gravámenes.

**FINCA:** # 2840 de Hormigueros, Registro de Mayaguez

**DESCRIPCIÓN:**

**RÚSTICA:** Parcela marcada con el número 50 en el plano de parcelación de la Comunidad Rural San Romualdo, del Barrio Guanajibo, del término municipal de Hormigueros, con una cabida superficial de 0.2872 cuerdas equivalentes a 1128.97 metros cuadrados. En lindes por el **NORTE**, con la Carretera Estatal número 2; por el **SUR**, con las parcelas números 47 y 69 de la Comunidad; por el **ESTE**, con la Calle número Seis (6) de la Comunidad; y por el **OESTE,** con la parcela número 51 de la Comunidad.

**DOCUMENTO PRESENTADO:**

Al Asiento 1307 del Diario 760, se presentó el día 30 de junio del 2015, copia certificada de Mandamiento de Aseguramiento de Sentencia mediante Embargo de Bienes Inmuebles, emitida el día 18 de junio del 2015, por el Tribunal General de Justicia, Tribunal de Primera Instancia, Sala de Mayaguez, en el caso civil # ISCI2004-01931 sobre Partición de Herencia, seguido por *Manuel Monsegur Roche y otros, demandantes vs Haydee Franqui Sánchez y otros, demandados*, mediante

CONTINÚA…

**CONTINUACIÓN
PÁGINA # 3**

NOTA

la cual se ordena anotar el embargo de bienes suficientes en aseguramiento de la Sentencia dictada por el Tribunal el día 15 de agosto del 2013, notificada el día 23 de agosto del 2013, sobre la propiedad antes indicada, a favor de los demandantes. Para efectos del embargo en el Registro de la Propiedad, se valora el inmueble en la suma de $80,000.00.

*Complementarios: Notificación de Sentencia en el caso civil # ISCI200401931, ISRF200500492 e ISRF200700697 del 22 de agosto del 2013, por el Tribunal antes mencionado, Sentencia y Resolución dictada el día 15 de agosto del 2013 por el mismo Tribunal y en igual caso.*

**NOTA:** Debido al sistema de bitácora electrónica utilizado en este Registro no podemos determinar que exista algún otro documento adicional relacionado con esta finca.

**REVISADO PERSONALMENTE EN LOS REGISTROS DE LA PROPIEDAD DE SAN GERMÁN Y MAYAGUEZ:** Bajo el sistema electrónico ágora y Karibe: Embargos Estatales, Embargos Federales, Embargos bajo Ley 12 del 20 de enero de 2010, CRIM, Sentencias y Bitácora, del cual no nos hacemos responsables por errores u omisiones en el mismo.

**Hoy 29 de octubre del 2021.**

**POR:** _____
            **MARIBEL VARGAS RAMOS**

**MV/mvr**

" ESTE DOCUMENTO NO ES UN COMPROMISO PARA ASEGURAR, NI UNA PÓLIZA DE SEGURO DE TÍTULO, POR LO CUAL NO OFRECE SEGURIDAD ALGUNA. PARA OBTENER PROTECCIÓN, DEBE REQUERIR UNA PÓLIZA DE SEGURO DE TÍTULO CON UNA COMPAÑÍA ESPECIALIZADA EN DICHOS SERVICIOS"